**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

ROLANDO R. JIMENEZ,

     Plaintiff,


       v.                                  Civil Action No. 11-1439 (JEB)

JANET NAPOLITANO, Secretary, U.S.
Department of Homeland Security,

     Defendant.

---

**ORDER**

As set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

    1.     Defendant's Motion to Dismiss is GRANTED; and

    2.     The case is DISMISSED WITHOUT PREJUDICE;

IT IS SO ORDERED.

                                      */s/ James E. Boasberg*
                                      JAMES E. BOASBERG
                                      United States District Judge

Date: <u>May 15, 2012</u>